Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 16−34531−KCF
        Chapter: 13
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Barbara White
   aka Bobbie White, dba Mary Kay
   1305 Eagles Nest Court
   Stewartsville, NJ 08886

Social Security No.:
   xxx−xx−6448

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/27/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 27, 2017
JAN: slf

                                      Jeanne Naughton
                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-34531-KCF
Barbara White                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jan 30, 2017
                        Form ID: 148    Total Noticed: 7

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2017.
db             +Barbara White,    1305 Eagles Nest Court,    Stewartsville, NJ 08886-2925
pp             +Lillie Francis,    LFH Typing Services,    2286 Walnut Trail,    Bushkill, PA 18324-8777
516569475       Nationstar Mortgage LLC,    8950 Cypress Waters-Boulevard,    Coppell, TX 75019
516569474      +Nationstar Mortgage LLC,    ATTN: Shapiro & Denardo, LLC,    14000 Commerce Parkway, Suite B,
                 Mount Laurel, NJ 08054-2242
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 31 2017 02:26:35     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ    07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 31 2017 02:26:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516569473       EDI: IRS.COM Jan 31 2017 01:53:00      Internal Revenue Service,    PO Box 21126,
                 Philadelphia, PA 19114
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516569472*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2017 at the address(es) listed below:
              Albert    Russo     docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 3
```